

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-12-00984-CV

Trial Court Cause
Number:  0875827

Style:  Walter L. Boyaki, Ruben P. Hernandez & Miranda & Boyaki

**v** John M. O'Quinn & Associates, PLLC d/b/a The O'Quinn Law Firm, and Musslewhite & Associates, P.C.

Date motion filed*:  June 14, 2013

Type of motion:  Motion to Supplement the Record and Allow Rebriefing with Corrected Citations

Party filing motion:  Appellant

Document to be filed:  Yes

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due:  Appellant shall immediately order supplemental record(s).  Amended appellant's brief containing corrected record cites is due 30 days after the supplemental record is filed with this Court.  Amended appellee's brief, if any, is due 30 days after appellant's amended brief is filed. Appellant's amended reply brief, if any, is due 20 days after the amended appellee's brief.

☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
☒ Acting individually   ☐ Acting for the Court

Panel consists of  Chief Justice Sherry Radack, and Justices Bland and Huddle

Date: October 1, 2013